**STATE v. CAVINESS**

[334 N.C. 683 (1993)]

STATE OF NORTH CAROLINA v. TONYA LOLETHA CAVINESS

No. 53A93

(Filed 8 October 1993)

Appeal by defendant pursuant to N.C.G.S. § 7A-30(2) from the decision, 108 N.C. App. 573, 425 S.E.2d 14 (1993), by unpublished opinion of a divided panel of the Court of Appeals, finding no error in defendant's trial resulting in a verdict of guilty of voluntary manslaughter and a judgment of imprisonment entered by McHugh, J., presiding, at the 8 May 1991 Criminal Session of Superior Court, Randolph County. Heard in the Supreme Court 15 September 1993.

*Michael F. Easley, Attorney General, by Deborah L. McSwain, Associate Attorney General, for the State.*

*Clark R. Bell for defendant-appellant.*

PER CURIAM.

AFFIRMED.